IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01802-LTB

WILLIAM J. MABIE,

    Applicant,

v.

CHARLES DANIELS,

    Respondent.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 26, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 26 day of September, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/T.Lee
        Deputy Clerk